**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ROBERT M. MATESIC, AN INCAPACITATED PERSON | : No. 81 WM 2021 |
| | : |
| | : |
| | : |
| PETITION OF: NADA JORDAN AND RICHARD S. MATESIC | : |
| | : |
| | |
| IN RE: ROBERT M. MATESIC, AN INCAPACITATED PERSON | : No. 82 WM 2021 |
| | : |
| | : |
| | : |
| PETITION OF: NADA JORDAN AND RICHARD S. MATESIC | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.